**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: BECKER, DANIEL M. | § | Case No. 11-51801 |
| BECKER, RUBY L. | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 29, 2011. The undersigned trustee was appointed on December 29, 2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of                $            3,977.34

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 360.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]   $ | 3,617.34 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 09/24/2012 and the deadline for filing governmental claims was 09/24/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $994.34. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $994.34, for a total compensation of $994.34.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/17/2016          By: /s/THOMAS E. SPRINGER, TRUSTEE
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-51801
**Case Name:** BECKER, DANIEL M.
BECKER, RUBY L.
**Period Ending:** 11/17/16

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE
**Filed (f) or Converted (c):** 12/29/11 (f)
**§341(a) Meeting Date:** 02/06/12
**Claims Bar Date:** 09/24/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | real estate - 1043 Pembridge Pl., Sugar Grove, I | 344,000.00 | 0.00 | | 0.00 | FA |
| 2 | real estate - 5100 W. 159th Street, Oak Forest, | 75,900.00 | 20,000.00 | | 0.00 | FA |
| 3 | cash | 100.00 | 0.00 | | 0.00 | FA |
| 4 | checking account - Wells Fargo Bank | 200.00 | 0.00 | | 0.00 | FA |
| 5 | household goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 6 | wearing apparel | 400.00 | 0.00 | | 0.00 | FA |
| 7 | stock - Waialua Soda Works, Inc | 0.00 | 0.00 | | 0.00 | FA |
| 8 | stock - Lealta LLC<br>    (includes ownership of 500,000 shares of Vzillion stock)<br>Vzillion shares worth $0.0001 as of 1/9/15 and debtors own 500,000; stock value is $50 | 0.00 | 0.00 | | 0.00 | FA |
| 9 | 2000 Mitsubishi Eclipse | 4,800.00 | 0.00 | | 0.00 | FA |
| 10 | other property | 6,200.00 | 0.00 | | 0.00 | FA |
| 11 | post petition rent: Beckland Enterprises  (u)<br>    Adversary filed to recover rent.  A default judgment for $9,000  plus $50/day was entered on 8/18/12. Bank granishment issued against defendant's accounts and recovered $3,977.34. | 9,000.00 | 9,000.00 | | 3,977.34 | FA |
| 12 | VOID  (u) | Unknown | 0.00 | | 0.00 | FA |
| 12 | **Assets    Totals** (Excluding unknown values) | **$442,100.00** | **$29,000.00** | | **$3,977.34** | **$0.00** |

**Major Activities Affecting Case Closing:**

Reassigned Joe Voiland case; Trustee sold estate's interest in real estate located in Oak Forest, IL (asset#2) to the Debtors for $20,000 and Order approving same entered 11/15/12. Debtors failed to pay and Trustee filed Motion for Contempt.

Collections on $20,000 owed by Debtors and remaining amounts owed by Beckland Enterprises continues.  Trustee has made a reduced offer of settlement to the Debtors (total payment of $10,000 with $5,000 due in lump sum and remaining in installemtn payments) and is awaiting a response.

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| **Case Number:** | 11-51801 | **Trustee:** | (330640) | THOMAS E. SPRINGER, TRUSTEE |
| **Case Name:** | BECKER, DANIEL M. | **Filed (f) or Converted (c):** | 12/29/11 (f) | |
| | BECKER, RUBY L. | **§341(a) Meeting Date:** | 02/06/12 | |
| **Period Ending:** | 11/17/16 | **Claims Bar Date:** | 09/24/12 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** September 15, 2014   **Current Projected Date Of Final Report (TFR):** October 21, 2016 (Actual)

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-51801  
**Case Name:** BECKER, DANIEL M.  
BECKER, RUBY L.  
**Taxpayer ID #:** **-***0139  
**Period Ending:** 11/17/16

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** UNKNOWN BANK  
**Account:** ********84 - Checking Account  
**Blanket Bond:** N/A  
**Separate Bond:** $50,000,000.00

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/10/13 | {11} | PALMER BANK | Post-petition rent; Beckland Enterprises | 1222-000 | 3,977.34 | | 3,977.34 |
| 06/30/13 | | CONGRESSIONAL BANK | bank service fee | 2600-000 | | 10.00 | 3,967.34 |
| 07/31/13 | | CB | bank service fee | 2600-000 | | 10.00 | 3,957.34 |
| 08/31/13 | | CB | bank service fee | 2600-000 | | 10.00 | 3,947.34 |
| 09/30/13 | | BNK, CONG | bank service fee | 2600-000 | | 10.00 | 3,937.34 |
| 11/01/13 | | CB | bank service fee | 2600-000 | | 10.00 | 3,927.34 |
| 12/01/13 | | CB | bank service fee | 2600-000 | | 10.00 | 3,917.34 |
| 12/31/13 | | CB | bank service fee | 2600-000 | | 10.00 | 3,907.34 |
| 01/31/14 | | CB | bank service fee | 2600-000 | | 10.00 | 3,897.34 |
| 01/31/14 | | CB | bank service fee | 2600-000 | | 10.00 | 3,887.34 |
| 02/22/14 | | Reverses Adjustment OUT on 01/31/14 | bank service fee | 2600-000 | | -10.00 | 3,897.34 |
| 02/28/14 | | CB | bank service fee | 2600-000 | | 10.00 | 3,887.34 |
| 03/11/14 | | CB | bank service fee | 2600-000 | | 10.00 | 3,877.34 |
| 03/12/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 3,877.34 | 0.00 |
| | | | ACCOUNT TOTALS | | 3,977.34 | 3,977.34 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 3,877.34 | |
| | | | **Subtotal** | | **3,977.34** | **100.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,977.34** | **$100.00** | |

{} Asset reference(s)

Printed: 11/17/2016 10:20 AM V.13.28

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 11-51801 | | Trustee: | THOMAS E. SPRINGER, TRUSTEE (330640) |
|---|---|---|---|---|
| Case Name: | BECKER, DANIEL M. | | Bank Name: | ASSOCIATED BANK |
| | BECKER, RUBY L. | | Account: | ********33 - Checking Account |
| Taxpayer ID #: | **-***0139 | | Blanket Bond: | N/A |
| Period Ending: | 11/17/16 | | Separate Bond: | $50,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/12/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 3,877.34 | | 3,877.34 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,867.34 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,857.34 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,847.34 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,837.34 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,827.34 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,817.34 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,807.34 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,797.34 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,787.34 |
| 12/23/14 | 3001 | ASSOCIATED BANK | Transfer to new Assoc. Acct. | 9999-000 | | 3,787.34 | 0.00 |
| | | | ACCOUNT TOTALS | | 3,877.34 | 3,877.34 | $0.00 |
| | | | Less: Bank Transfers | | 3,877.34 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 3,877.34 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $3,877.34 | |

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| **Case Number:** | 11-51801 | | **Trustee:** | THOMAS E. SPRINGER, TRUSTEE (330640) |
|---|---|---|---|---|
| **Case Name:** | BECKER, DANIEL M. | | **Bank Name:** | ASSOCIATED BANK |
| | BECKER, RUBY L. | | **Account:** | ********18 - CHECKING ACCOUNT |
| **Taxpayer ID #:** | **-***0139 | | **Blanket Bond:** | N/A |
| **Period Ending:** | 11/17/16 | | **Separate Bond:** | $50,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/23/14 | | ASSOCIATED BANK | Transfer from old Assoc. Acct. | 9999-000 | 3,787.34 | | 3,787.34 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,777.34 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,767.34 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,757.34 |
| 04/10/15 | | ASSOCIATED BANK | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,747.34 |
| 04/10/15 | | ASSOCIATED BANK | Transfer to Rabobank, N.A. | 9999-000 | | 3,747.34 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **3,787.34** | **3,787.34** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 3,747.34 | |
| | | | **Subtotal** | | **3,787.34** | **40.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,787.34** | **$40.00** | |

{} Asset reference(s)    Printed: 11/17/2016 10:20 AM    V.13.28

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 11-51801 | | Trustee: | THOMAS E. SPRINGER, TRUSTEE (330640) |
|---|---|---|---|---|
| Case Name: | BECKER, DANIEL M. | | Bank Name: | Rabobank, N.A. |
| | BECKER, RUBY L. | | Account: | ****988966 - Checking Account |
| Taxpayer ID #: | **-***0139 | | Blanket Bond: | N/A |
| Period Ending: | 11/17/16 | | Separate Bond: | $50,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/10/15 | | Rabobank, N.A. | Transfer from ASSOCIATED BANK | 9999-000 | 3,747.34 | | 3,747.34 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,737.34 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,727.34 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,717.34 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,707.34 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,697.34 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,687.34 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,677.34 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,667.34 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,657.34 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,647.34 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,637.34 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,627.34 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,617.34 |
| | | | **ACCOUNT TOTALS** | | 3,747.34 | 130.00 | $3,617.34 |
| | | | Less: Bank Transfers | | 3,747.34 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 130.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $130.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ********84 | 3,977.34 | 100.00 | 0.00 |
| Checking # ********33 | 0.00 | 3,877.34 | 0.00 |
| Checking # ********18 | 3,787.34 | 40.00 | 0.00 |
| Checking # ****988966 | 0.00 | 130.00 | 3,617.34 |
| | $7,764.68 | $4,147.34 | $3,617.34 |

{} Asset reference(s)            Printed: 11/17/2016 10:20 AM    V.13.28

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** September 24, 2012

**Case Number:** 11-51801
**Debtor Name:** BECKER, DANIEL M.

Page: 1

**Date:** November 17, 2016
**Time:** 10:20:52 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | THOMAS E. SPRINGER, TRUSTEE<br>300 S. County Farm Rd., Ste.I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $994.34 | $0.00 | 994.34 |
| 200 | Clerk of the US Bankruptcy Court<br>219 S. Dearborn Street<br>Chicago, IL 60604 | Admin Ch. 7 | Filing fee for adversary #12-00998 | $293.00 | $0.00 | 293.00 |
| 200 | SPRINGER BROWN, LLC<br>300 S. County Farm Road<br>Suite I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $2,140.00 | $0.00 | 2,140.00 |
| 200 | SPRINGER BROWN, LLC<br>300 S. County Farm Road<br>Suite I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $4.56 | $0.00 | 4.56 |
| 1<br>100 | EARTHMOVER CREDIT UNION<br>Steven D Titiner<br>1700 N Farnsworth Ave<br>Aurora, IL 60505 | Secured | | $28,107.39 | $0.00 | 28,107.39 |
| 2<br>100 | EARTHMOVER CREDIT UNION<br>Steven D Titiner<br>1700 N Farnsworth Ave<br>Aurora, IL 60505 | Secured | | $7,381.72 | $0.00 | 7,381.72 |
| 3<br>610 | THOMAS RUBIN<br>c/o Bradley J Waller<br>2045 Aberdeen Court<br>Sycamore, IL 60178 | Unsecured | (3-1) Modified on 7/12/12 to correct creditors address. | $286,609.14 | $0.00 | 286,609.14 |
| 4<br>610 | CAPITAL ONE BANK (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $1,571.79 | $0.00 | 1,571.79 |
| 5<br>610 | CAPITAL ONE BANK (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | Claim withdrawn 8/7/2012 | $0.00 | $0.00 | 0.00 |
| 6<br>610 | CENTRAL DUPAGE HOSPITAL<br>C/O H and R Accounts Inc<br>PO Box 672<br>Moline, IL 61265 | Unsecured | | $970.00 | $0.00 | 970.00 |
| 7<br>610 | VON MAUR<br>C/O H and R Accounts Inc<br>PO Box 672<br>Moline, IL 61265 | Unsecured | | $719.13 | $0.00 | 719.13 |
| 8<br>610 | QUANTUM3 GROUP LLC AS AGENT FOR<br>World Financial Network Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | (8-1) Unsecured Debt | $839.28 | $0.00 | 839.28 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** September 24, 2012

**Case Number:** 11-51801
**Debtor Name:** BECKER, DANIEL M.

Page: 2

**Date:** November 17, 2016
**Time:** 10:20:52 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 9 610 | LVNV FUNDING, LLC ITS SUCCESSORS AN<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | (9-1) Incomplete PDF, Filer Notified to File Amended Claim (Modified on 8/31/12(r)<br>Order entered 10/14/16 disallowing claim | $0.00 | $0.00 | 0.00 |
| **<< Totals >>** | | | | 329,630.35 | 0.00 | 329,630.35 |

Case 11-51801 Doc 64 Filed 11/17/16 Entered 11/17/16 14:03:26 Desc Main
Document Page 10 of 13

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 11-51801
Case Name: BECKER, DANIEL M.
Trustee Name: THOMAS E. SPRINGER, TRUSTEE

**Balance on hand:**  $ 3,617.34

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | EARTHMOVER CREDIT UNION | 28,107.39 | 28,107.39 | 0.00 | 0.00 |
| 2 | EARTHMOVER CREDIT UNION | 7,381.72 | 7,381.72 | 0.00 | 0.00 |

Total to be paid to secured creditors:  $ 0.00
Remaining balance:  $ 3,617.34

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS E. SPRINGER, TRUSTEE | 994.34 | 0.00 | 994.34 |
| Attorney for Trustee, Fees - SPRINGER BROWN, LLC | 2,140.00 | 0.00 | 2,140.00 |
| Attorney for Trustee, Expenses - SPRINGER BROWN, LLC | 4.56 | 0.00 | 4.56 |
| Charges, U.S. Bankruptcy Court | 293.00 | 0.00 | 293.00 |

Total to be paid for chapter 7 administration expenses:  $ 3,431.90
Remaining balance:  $ 185.44

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $ 0.00
Remaining balance:  $ 185.44

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for priority claims: | $ 0.00 |
|---|---|---|
| | Remaining balance: | $ 185.44 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 290,709.34 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | THOMAS RUBIN | 286,609.14 | 0.00 | 182.82 |
| 4 | CAPITAL ONE BANK (USA), N.A. | 1,571.79 | 0.00 | 1.00 |
| 5 | CAPITAL ONE BANK (USA), N.A. | 0.00 | 0.00 | 0.00 |
| 6 | CENTRAL DUPAGE HOSPITAL | 970.00 | 0.00 | 0.62 |
| 7 | VON MAUR | 719.13 | 0.00 | 0.46 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR | 839.28 | 0.00 | 0.54 |
| 9 | LVNV FUNDING, LLC ITS SUCCESSORS AN | 0.00 | 0.00 | 0.00 |

| | Total to be paid for timely general unsecured claims: | $ 185.44 |
|---|---|---|
| | Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**