**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | | |
|---|---|---|---|---|
| IN RE: | ) | Chapter: | 7 | |
| | ) | | | |
| DANIEL M. BECKER AND | ) | Case No.: | 11-51801 | |
| RUBY L. BECKER, | ) | | | |
| | ) | | | |
| Debtors. | ) | Judge: | Hon. Donald R. Cassling | |

**FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND FOR**
**REIMBURSEMENT OF EXPENSES AS GENERAL COUNSEL TO THE TRUSTEE**

**Cover Sheet for Application for Professional Compensation**

Name of Applicant(s):  **Thomas E. Springer, Esq. and the law firm of Springer Brown, LLC**

Authorized to Provide Professional Services to:      **Thomas E. Springer, Trustee of the Estate**
**of Daniel and Ruby Becker, Chapter 7 Bankruptcy No. 11-51801.**

Date of Order Authorizing Employment:   **February 6, 2015**

Period for which Compensation is Sought: **January 27, 2015 through October 14, 2016**

Amount of Fees Sought:                        **$ 2,140.00**

Amount of Expense Reimbursement Sought:      **$   4.56**

This is an:      Interim Application ___          Final Application__X__

If this is not the first application filed herein by this professional, disclosure as to all prior fee applications:

| Date Filed | Period Covered | Total Requested | Total Allowed | Any Amount Withheld by Order |
|---|---|---|---|---|
| **N/A** | **N/A** | **N/A** | **N/A** | **N/A** |

The amount of fees and expenses paid to the Applicant to date for Service rendered and expenses incurred herein is: $____**-0-**_____.

**In re:  Daniel and Ruby Becker**
**Chapter 7 no. 11-51801**
**Cover Sheet for Application for Professional Compensation by Trustee's General**
**Counsel**
**(PAGE TWO of TWO)**

Professionals retained and represented as follows in this Application for Allowance of Compensation and Reimbursement of Expenses as Counsel to the Trustee:

| Name of Professional | Hourly Rates | Hours of Service | Value of Service |
|---|---|---|---|
| Thomas E. Springer, Attorney **(TES)** | $425.00 (2015) | 1.2 | $ 510.00 |
| | $430.00 (2016) | 0.2 | $86.00 |
| Richard G. Larsen, Attorney **(RGL)** | $405.00 | 1.0 | $405.00 |
| Michele M. Springer, Attorney **(MMS)** | $375.00 (2015) | 0.2 | $75.00 |
| | $380.00 (2016) | 2.8 | $1,064.00 |
| | **TOTALS** | **5.4** | **$2,140.00** |

**A Summary and Total of Fee Application Categories is Attached hereto.**

DATE: October 14, 2016        Respectfully Submitted,
                              APPLICANT
                              Thomas E. Springer, Trustee

                              BY: Springer Brown, LLC


                              By:____/s/ Thomas E. Springer_____
                                    Thomas E. Springer
                                    One of His Attorneys


Thomas E. Springer, Trustee
Springer Brown, LLC
Wheaton Office Center
300 S. County Farm Road, Suite I
Wheaton, IL  60187
(630) 510-0000

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | ) | Chapter: | 7 |
| | ) | | |
| DANIEL M. BECKER AND | ) | Case No.: | 11-51801 |
| RUBY L. BECKER, | ) | | |
| | ) | | |
| Debtors. | ) | Judge: | Hon. Donald R. Cassling |

**FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND FOR
REIMBURSEMENT OF EXPENSES AS GENERAL COUNSEL TO THE TRUSTEE**

**NOW COMES** Thomas E. Springer, Esq. and the law firm of Springer Brown, LLC (herein "Applicant"), as duly authorized counsel to the Trustee, THOMAS E. SPRINGER, (herein the "Trustee") and respectfully requests the entry of an Order for the allowance and payment of compensation and reimbursement of expenses for services rendered and expenses incurred as counsel to the Trustee pursuant to §330 of the United States Bankruptcy Code and applicable Federal Rules of Bankruptcy Procedure, and in support hereof, states to the Court as follows:

## I. INTRODUCTION

This Application encompasses the time period from January 27, 2015 through preparation of Applicant's current Final Fee Application, October 14 2015. The Application represents 5.4 hours of legal services provided to the Trustee.  Applicant has neither previously requested nor obtained approval for payment of interim compensation or reimbursement of expenses.  This Application seeks approval of legal fees in the amount of $2,140.00 and $4.56 for actual and necessary unreimbursed expenses.

On December 29, 2011, the above named Debtors filed a petition for relief under Chapter 7 of the United States Bankruptcy Code and Joseph Voiland was appointed as the Trustee.  On November 10, 2014, Trustee Voiland resigned and Thomas E. Springer was appointed as the Trustee and continues to serve in that capacity.  On February 6, 2015, this Court entered an Order authorizing the Trustee to retain Applicant as legal counsel.  The hourly rates of Applicant are competitive with the rates charged in this market by professionals with similar skills and

experience, as disclosed and summarized in the Cover Sheet to this Application for Compensation and Reimbursement of Expenses.

## II.  CASE STATUS AND NARRATIVE OF LEGAL SERVICES

Based upon information gathered from the First Meeting of Creditors and subsequent investigation, the former Trustee, Joseph Voiland, discovered equity in the real estate located at 5100 w. 159TH St., Oak Forest, Illinois (hereinafter "Subject Real Estate").  The Debtors offered to purchase the Trustee's Right, Title and Interest in the property for the sum of $20,000 and on November 15, 2012, the Court entered an Order approving this sale.

Additionally, Trustee Voiland filed an adversary proceeding to recover rent against the tenant, John Becker, in the Subject Real Estate.  On August 12, 2012, a default judgment was entered for $9,000.00.  Trustee Voiland then issued a bank garnishment against John Becker's bank accounts and recovered $3,977.34.

When the case was reassigned to Trustee Springer, none of the $20,000 owed by the Debtors had been paid and no other funds had been collected from John Becker.  The Trustee attempted to collect from the Debtors, but they claimed they could not pay any amount toward the $20,000.00.  The Trustee attempted to send the debt to an outside collection attorney, but no collection attorney wanted to accept the collection case.

The Trustee reviewed the claims filed and supporting documents and an objection was necessary to Claim number 9.  Applicant filed an Objection to Claim 9 as the underlying supporting documents and the proof of claim itself, listed Lynn Jones as the Debtor.  On October 14, 2016, the Court entered an Order disallowing the claim.

Trustee's counsel herein provided and maintained the normal and ordinary legal services to the Trustee in monitoring and overseeing liquidation and administration of the assets and coordinating efforts of the administration with the Trustee in the related Estate.

All services in this matter were performed by Thomas E. Springer, billed at the rate of $425.00 in 2015 and $430.00 in 2016, Richard G. Larsen, billed at the rate of $405.00 per hour in 2016, Michele M. Springer, billed at the rate of $375.00 per hour in 2015 and $380.00 in 2016. These rates are customary for Springer Brown to charge for such services during this time period. Itemized time entries for all Applicant's services to this Bankruptcy Estate are attached hereto as *Exhibit "A"*. An itemization of the reasonable and necessary expenses Applicant incurred is also attached as *Exhibit "B"*. Applicant's request for reimbursement of expenses does not include any of the ordinary operating expenses of Applicant's practice of law. Applicant is requesting reimbursement of photocopy charges at the rate of 10¢ per copy. Applicant's expense request does not include any long distance telephone service charges.

**WHEREFORE,** Applicant, Thomas E. Springer respectfully requests that Trustee's Attorneys' fees in the amount of $2,140.00 and reimbursement of actual and necessary expenses in the amount of $4.56 be approved as reasonable and appropriate and that payment be authorized upon entry of the Order approving such payment as set forth herein for any such other and further relief as this Court deems just and equitable.

DATE: October 14, 2016    Respectfully Submitted,
              APPLICANT
              Thomas E. Springer, Trustee

              BY: Springer Brown, LLC

              By:  /s/ Thomas E. Springer
                 Thomas E. Springer
                 One of His Attorneys

Thomas E. Springer, Trustee
Springer Brown, LLC
Wheaton Office Center
300 S. County Farm Road, Suite I
Wheaton, IL  60187
(630) 510-0000