# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: BECKER, DANIEL M. | § Case No. 11-51801 |
| BECKER, RUBY L. | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street, Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 11:00am on 12/16/2016 in Courtroom 240, United States Courthouse,
Old Kane County Courthouse
100 S. Third Street,  Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed  11/17/2016          By:  /s/ Thomas E. Springer
                                               Trustee

THOMAS E. SPRINGER, TRUSTEE
300 S. County Farm Rd., Ste.I
Wheaton, IL  60187
(630) 510-0000

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: BECKER, DANIEL M. | § | Case No. 11-51801 |
| BECKER, RUBY L. | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 3,977.34 |
| *and approved disbursements of* | $ | 360.00 |
| *leaving a balance on hand of* [1] | $ | 3,617.34 |
| **Balance on hand:** | $ | 3,617.34 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | EARTHMOVER CREDIT UNION | 28,107.39 | 28,107.39 | 0.00 | 0.00 |
| 2 | EARTHMOVER CREDIT UNION | 7,381.72 | 7,381.72 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 3,617.34 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS E. SPRINGER, TRUSTEE | 994.34 | 0.00 | 994.34 |
| Attorney for Trustee, Fees - SPRINGER BROWN, LLC | 2,140.00 | 0.00 | 2,140.00 |
| Attorney for Trustee, Expenses - SPRINGER BROWN, LLC | 4.56 | 0.00 | 4.56 |
| Charges, U.S. Bankruptcy Court | 293.00 | 0.00 | 293.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 3,431.90 |
| Remaining balance: | $ | 185.44 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 185.44 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 185.44 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 290,709.34 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | THOMAS RUBIN | 286,609.14 | 0.00 | 182.82 |
| 4 | CAPITAL ONE BANK (USA), N.A. | 1,571.79 | 0.00 | 1.00 |
| 5 | CAPITAL ONE BANK (USA), N.A. | 0.00 | 0.00 | 0.00 |
| 6 | CENTRAL DUPAGE HOSPITAL | 970.00 | 0.00 | 0.62 |
| 7 | VON MAUR | 719.13 | 0.00 | 0.46 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR | 839.28 | 0.00 | 0.54 |
| 9 | LVNV FUNDING, LLC ITS SUCCESSORS AN | 0.00 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 185.44 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $         0.00
Remaining balance:  $         0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $         0.00
Remaining balance:  $         0.00

Prepared By:  /s/THOMAS E. SPRINGER, TRUSTEE
                         Trustee

THOMAS E. SPRINGER, TRUSTEE
300 S. County Farm Rd., Ste.I
Wheaton, IL  60187
(630) 510-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-51801-DRC
Daniel M Becker                                                         Chapter 7
Ruby L Becker
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1            User: dpruitt           Page 1 of 1              Date Rcvd: Nov 18, 2016
                                Form ID: pdf006         Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 20, 2016.
db/jdb         +Daniel M Becker,   Ruby L Becker,   1043 Pembridge Place,   Sugar Grove, IL 60554-9247
19174579        Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
19132568       +Earthmover Credit Union,   Steven D Titiner,   1700 N Farnsworth Ave,   Aurora, IL 60505-1523

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19190153       +E-mail/Text: bankruptcy@hraccounts.com Nov 19 2016 01:22:33     Central Dupage Hospital,
                 C/O H and R Accounts Inc,   PO Box 672,   Moline, IL 61266-0672
19379000        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 19 2016 01:28:52
                 LVNV Funding, LLC its successors and assigns as,   assignee of North Star Capital,
                 Acquisition LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
19264217        E-mail/Text: bnc-quantum@quantum3group.com Nov 19 2016 01:23:06
                 Quantum3 Group LLC as agent for,   World Financial Network Bank,   PO Box 788,
                 Kirkland, WA  98083-0788
18310047       +E-mail/Text: bwaller@ksbwl.com Nov 19 2016 01:23:42     Thomas Rubin,   c/o Bradley J Waller,
                 2045 Aberdeen Court,   Sycamore, IL 60178-3140
19190155       +E-mail/Text: bankruptcy@hraccounts.com Nov 19 2016 01:22:33     Von Maur,
                 C/O H and R Accounts Inc,   PO Box 672,   Moline, IL 61266-0672
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 17, 2016 at the address(es) listed below:
          Anna Stanley Kahriman    on behalf of Creditor    Carrington Mortgage Services, LLC
           askahriman@gmail.com,   askahriman@gmail.com
          Bradley J Waller    on behalf of Plaintiff Thomas    Rubin bwaller@ksbwl.com,   vmaurer@ksbwl.com
          Bradley J Waller    on behalf of Creditor Thomas    Rubin bwaller@ksbwl.com,   vmaurer@ksbwl.com
          Jay L Dahl    on behalf of Debtor 2 Ruby L Becker Jaydahllaw@gmail.com
          Jay L Dahl    on behalf of Debtor 1 Daniel M Becker Jaydahllaw@gmail.com
          Joseph Voiland    on behalf of Trustee Joseph    Voiland jrvoiland@sbcglobal.net,
           jvoiland@ecf.epiqsystems.com
          Joseph R Voiland    on behalf of Plaintiff Joseph R. Voiland jrvoiland@sbcglobal.net
          Joseph R Voiland    on behalf of Trustee Joseph    Voiland jrvoiland@sbcglobal.net
          Michele M Springer    on behalf of Trustee Thomas E Springer mspringer@springerbrown.com,
           iprice@springerbrown.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Thomas E Springer    on behalf of Trustee Thomas E Springer tspringer@springerbrown.com,
           iprice@springerbrown.com
          Thomas E Springer    tspringer@springerbrown.com,
           tspringer@ecf.epiqsystems.com;IL85@ecfcbis.com;iprice@springerbrown.com
                                                                                             TOTAL: 12