# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: BECKER, DANIEL M. | § | Case No. 11-51801 |
| BECKER, RUBY L. | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $433,100.00
*(without deducting any secured claims)*

Assets Exempt: $43,200.00

Total Distribution to Claimants: $185.44

Claims Discharged
Without Payment: $290,526.52

Total Expenses of Administration: $3,791.90

3) Total gross receipts of $ 3,977.34 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $3,977.34 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $29,000.00 | $35,489.11 | $35,489.11 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,791.90 | 3,791.90 | 3,791.90 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 5,194.00 | 291,043.33 | 290,711.96 | 185.44 |
| **TOTAL DISBURSEMENTS** | $34,194.00 | $330,324.34 | $329,992.97 | $3,977.34 |

4)  This case was originally filed under Chapter 7 on December 29, 2011. The case was pending for 66 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/11/2017            By: /s/THOMAS E. SPRINGER, TRUSTEE

Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| post petition rent: Beckland Enterprises | 1222-000 | 3,977.34 |
| **TOTAL GROSS RECEIPTS** | | **$3,977.34** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | EARTHMOVER CREDIT UNION | 4120-000 | 24,000.00 | 28,107.39 | 28,107.39 | 0.00 |
| 2 | EARTHMOVER CREDIT UNION | 4120-000 | 5,000.00 | 7,381.72 | 7,381.72 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$29,000.00** | **$35,489.11** | **$35,489.11** | **$0.00** |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - THOMAS E. SPRINGER, TRUSTEE | 2100-000 | N/A | 994.34 | 994.34 | 994.34 |
| Clerk of the Court Costs (includes adversary and other filing fees) - Clerk | 2700-000 | N/A | 293.00 | 293.00 | 293.00 |
| Attorney for Trustee Fees (Trustee Firm) - SPRINGER BROWN, LLC | 3110-000 | N/A | 2,140.00 | 2,140.00 | 2,140.00 |
| Attorney for Trustee Expenses (Trustee Firm) - SPRINGER BROWN, LLC | 3120-000 | N/A | 4.56 | 4.56 | 4.56 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Associated Bank | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Associated Bank | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Associated Bank | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Associated Bank | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Associated Bank | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Associated Bank | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Associated Bank | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Associated Bank | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - CONGRESSIONAL BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - CB | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - CB | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - BNK, CONG | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - CB | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - CB | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - CB | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - CB | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - CB | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - CB | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,791.90 | $3,791.90 | $3,791.90 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | CLERK OF THE U.S. BANKRUPTCY COURT - THOMAS RUBIN | 7100-001 | 0.00 | 286,609.14 | 286,609.14 | 182.82 |
| 4 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 3,610.00 | 1,571.79 | 1,571.79 | 0.00 |
| 5 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 6 | CENTRAL DUPAGE HOSPITAL | 7100-000 | N/A | 970.00 | 970.00 | 0.00 |
| 7 | VON MAUR | 7100-000 | 719.00 | 719.13 | 719.13 | 0.00 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 865.00 | 839.28 | 839.28 | 0.00 |
| 9 | LVNV FUNDING, LLC ITS SUCCESSORS AN | 7100-000 | N/A | 331.37 | 0.00 | 0.00 |
| | CLERK OF THE U.S. BANKRUPTCY COURT | 7100-000 | N/A | 2.62 | 2.62 | 2.62 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $5,194.00 | $291,043.33 | $290,711.96 | $185.44 |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report

### Asset Cases

Page: 1

| | |
|---|---|
| **Case Number:** 11-51801 | **Trustee:**    (330640)    THOMAS E. SPRINGER, TRUSTEE |
| **Case Name:** BECKER, DANIEL M. | **Filed (f) or Converted (c):** 12/29/11 (f) |
| BECKER, RUBY L. | **§341(a) Meeting Date:** 02/06/12 |
| **Period Ending:** 07/11/17 | **Claims Bar Date:** 09/24/12 |

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1 | real estate - 1043 Pembridge Pl., Sugar Grove, I | 344,000.00 | 0.00 | | 0.00 | FA |
| 2 | real estate - 5100 W. 159th Street, Oak Forest, | 75,900.00 | 20,000.00 | | 0.00 | FA |
| 3 | cash | 100.00 | 0.00 | | 0.00 | FA |
| 4 | checking account - Wells Fargo Bank | 200.00 | 0.00 | | 0.00 | FA |
| 5 | household goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 6 | wearing apparel | 400.00 | 0.00 | | 0.00 | FA |
| 7 | stock - Waialua Soda Works, Inc | 0.00 | 0.00 | | 0.00 | FA |
| 8 | stock - Lealta LLC (includes ownership of 500,000 shares of Vzillion stock) Vzillion shares worth $0.0001 as of 1/9/15 and debtors own 500,000; stock value is $50 | 0.00 | 0.00 | | 0.00 | FA |
| 9 | 2000 Mitsubishi Eclipse | 4,800.00 | 0.00 | | 0.00 | FA |
| 10 | other property | 6,200.00 | 0.00 | | 0.00 | FA |
| 11 | post petition rent: Beckland Enterprises  (u) Adversary filed to recover rent.  A default judgment for $9,000  plus $50/day was entered on 8/18/12. Bank granishment issued against defendant's accounts and recovered $3,977.34. | 9,000.00 | 9,000.00 | | 3,977.34 | FA |
| 12 | VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| **12** | **Assets**    **Totals** (Excluding unknown values) | **$442,100.00** | **$29,000.00** | | **$3,977.34** | **$0.00** |

**Major Activities Affecting Case Closing:**

Reassigned Joe Voiland case; Trustee sold estate's interest in real estate located in Oak Forest, IL (asset#2) to the Debtors for $20,000 and Order approving same entered 11/15/12. Debtors failed to pay and Trustee filed Motion for Contempt.

Collections on $20,000 owed by Debtors and remaining amounts owed by Beckland Enterprises continues.  Trustee has made a reduced offer of settlement to the Debtors (total payment of $10,000 with $5,000 due in lump sum and remaining in installemtn payments) and is awaiting a response.

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 11-51801 | **Trustee:** (330640)  THOMAS E. SPRINGER, TRUSTEE |
| **Case Name:** BECKER, DANIEL M. | **Filed (f) or Converted (c):** 12/29/11 (f) |
| BECKER, RUBY L. | **§341(a) Meeting Date:** 02/06/12 |
| **Period Ending:** 07/11/17 | **Claims Bar Date:** 09/24/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**    September 15, 2014          **Current Projected Date Of Final Report (TFR):**    October 21, 2016  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 11-51801 | | Trustee: | THOMAS E. SPRINGER, TRUSTEE (330640) |
|---|---|---|---|---|
| Case Name: | BECKER, DANIEL M. | | Bank Name: | UNKNOWN BANK |
| | BECKER, RUBY L. | | Account: | ********84 - Checking Account |
| Taxpayer ID #: | **-***0139 | | Blanket Bond: | N/A |
| Period Ending: | 07/11/17 | | Separate Bond: | $50,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/10/13 | {11} | PALMER BANK | Post-petition rent; Beckland Enterprises | 1222-000 | 3,977.34 | | 3,977.34 |
| 06/30/13 | | CONGRESSIONAL BANK | bank service fee | 2600-000 | | 10.00 | 3,967.34 |
| 07/31/13 | | CB | bank service fee | 2600-000 | | 10.00 | 3,957.34 |
| 08/31/13 | | CB | bank service fee | 2600-000 | | 10.00 | 3,947.34 |
| 09/30/13 | | BNK, CONG | bank service fee | 2600-000 | | 10.00 | 3,937.34 |
| 11/01/13 | | CB | bank service fee | 2600-000 | | 10.00 | 3,927.34 |
| 12/01/13 | | CB | bank service fee | 2600-000 | | 10.00 | 3,917.34 |
| 12/31/13 | | CB | bank service fee | 2600-000 | | 10.00 | 3,907.34 |
| 01/31/14 | | CB | bank service fee | 2600-000 | | 10.00 | 3,897.34 |
| 01/31/14 | | CB | bank service fee | 2600-000 | | 10.00 | 3,887.34 |
| 02/22/14 | | Reverses Adjustment OUT on 01/31/14 | bank service fee | 2600-000 | | -10.00 | 3,897.34 |
| 02/28/14 | | CB | bank service fee | 2600-000 | | 10.00 | 3,887.34 |
| 03/11/14 | | CB | bank service fee | 2600-000 | | 10.00 | 3,877.34 |
| 03/12/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 3,877.34 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | ACCOUNT TOTALS | | 3,977.34 | 3,977.34 | $0.00 |
| | | Less: Bank Transfers | | 0.00 | 3,877.34 | |
| | | Subtotal | | 3,977.34 | 100.00 | |
| | | Less: Payments to Debtors | | | 0.00 | |
| | | NET Receipts / Disbursements | | $3,977.34 | $100.00 | |

{} Asset reference(s)

Printed: 07/11/2017 11:47 AM    V.13.30

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 11-51801 | | Trustee: | THOMAS E. SPRINGER, TRUSTEE (330640) |
|---|---|---|---|---|
| Case Name: | BECKER, DANIEL M. | | Bank Name: | ASSOCIATED BANK |
| | BECKER, RUBY L. | | Account: | ********33 - Checking Account |
| Taxpayer ID #: | **-***0139 | | Blanket Bond: | N/A |
| Period Ending: | 07/11/17 | | Separate Bond: | $50,000,000.00 |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/12/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 3,877.34 | | 3,877.34 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,867.34 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,857.34 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,847.34 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,837.34 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,827.34 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,817.34 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,807.34 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,797.34 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,787.34 |
| 12/23/14 | 3001 | ASSOCIATED BANK | Transfer to new Assoc. Acct. | 9999-000 | | 3,787.34 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | ACCOUNT TOTALS | | 3,877.34 | 3,877.34 | $0.00 |
| | Less: Bank Transfers | | 3,877.34 | 0.00 | |
| | Subtotal | | 0.00 | 3,877.34 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | NET Receipts / Disbursements | | $0.00 | $3,877.34 | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 11-51801 |
| **Case Name:** | BECKER, DANIEL M. |
| | BECKER, RUBY L. |
| **Taxpayer ID #:** | **-***0139 |
| **Period Ending:** | 07/11/17 |

| | |
|---|---|
| **Trustee:** | THOMAS E. SPRINGER, TRUSTEE (330640) |
| **Bank Name:** | ASSOCIATED BANK |
| **Account:** | ********18 - CHECKING ACCOUNT |
| **Blanket Bond:** | N/A |
| **Separate Bond:** | $50,000,000.00 |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/23/14 | | ASSOCIATED BANK | Transfer from old Assoc. Acct. | 9999-000 | 3,787.34 | | 3,787.34 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,777.34 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,767.34 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,757.34 |
| 04/10/15 | | ASSOCIATED BANK | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,747.34 |
| 04/10/15 | | ASSOCIATED BANK | Transfer to Rabobank, N.A. | 9999-000 | | 3,747.34 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 3,787.34 | 3,787.34 | $0.00 |
| Less: Bank Transfers | 0.00 | 3,747.34 | |
| **Subtotal** | 3,787.34 | 40.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$3,787.34** | **$40.00** | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 11-51801 |
| **Case Name:** | BECKER, DANIEL M. |
| | BECKER, RUBY L. |
| **Taxpayer ID #:** | **-***0139 |
| **Period Ending:** | 07/11/17 |

| | |
|---|---|
| **Trustee:** | THOMAS E. SPRINGER, TRUSTEE (330640) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ****988966 - Checking Account |
| **Blanket Bond:** | N/A |
| **Separate Bond:** | $50,000,000.00 |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/10/15 | | Rabobank, N.A. | Transfer from ASSOCIATED BANK | 9999-000 | 3,747.34 | | 3,747.34 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,737.34 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,727.34 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,717.34 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,707.34 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,697.34 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,687.34 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,677.34 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,667.34 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,657.34 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,647.34 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,637.34 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,627.34 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,617.34 |
| 12/23/16 | 30101 | Clerk of the US Bankruptcy Court | Dividend paid 100.00% on $293.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 293.00 | 3,324.34 |
| 12/23/16 | 30102 | THOMAS E. SPRINGER, TRUSTEE | Dividend paid 100.00% on $994.34, Trustee Compensation;  Reference: | 2100-000 | | 994.34 | 2,330.00 |
| 12/23/16 | 30103 | SPRINGER BROWN, LLC | Check voided before printed; redid and cut one check for both fees and expenses Voided on 12/23/16 | 3110-000 | | 2,140.00 | 190.00 |
| 12/23/16 | 30103 | SPRINGER BROWN, LLC | Check voided before printed; redid and cut one check for both fees and expenses Voided: check issued on 12/23/16 | 3110-000 | | -2,140.00 | 2,330.00 |
| 12/23/16 | 30104 | THOMAS RUBIN | Dividend paid   0.06% on $286,609.14; Claim# 3; Filed: $286,609.14; Reference: Voided on 04/04/17 | 7100-000 | | 182.82 | 2,147.18 |
| 12/23/16 | 30105 | U.S. Bankruptcy Court | COMBINED SMALL CHECK ; voided before printed; springer brown expense check  should not go to clerk Voided on 12/23/16 | 7100-000 | | 7.18 | 2,140.00 |
| 12/23/16 | 30105 | U.S. Bankruptcy Court | COMBINED SMALL CHECK ; voided before printed; springer brown expense check  should not go to clerk Voided: check issued on 12/23/16 | 7100-000 | | -7.18 | 2,147.18 |
| 12/23/16 | 30106 | SPRINGER BROWN, LLC | | | | 2,144.56 | 2.62 |
| | | | Attorney fees                    2,140.00 | 3110-000 | | | 2.62 |

Subtotals : $3,747.34  $3,744.72

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 11-51801 |
| **Case Name:** | BECKER, DANIEL M. |
| | BECKER, RUBY L. |
| **Taxpayer ID #:** | **-***0139 |
| **Period Ending:** | 07/11/17 |

| | |
|---|---|
| **Trustee:** | THOMAS E. SPRINGER, TRUSTEE (330640) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ****988966 - Checking Account |
| **Blanket Bond:** | N/A |
| **Separate Bond:** | $50,000,000.00 |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Attorney expenses          4.56 | 3120-000 | | | 2.62 |
| 12/23/16 | 30107 | CLERK OF THE U.S.<br>BANKRUPTCY COURT | checks less than $5.00 | 7100-000 | | 2.62 | 0.00 |
| 04/04/17 | 30104 | THOMAS RUBIN | Dividend paid   0.06% on $286,609.14; Claim#<br>3; Filed: $286,609.14; Reference:<br>Voided: check issued on 12/23/16 | 7100-000 | | -182.82 | 182.82 |
| 04/04/17 | 30108 | CLERK OF THE U.S.<br>BANKRUPTCY COURT | unclaimed funds; thomas rubin; claim #3 | 7100-001 | | 182.82 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 3,747.34 | 3,747.34 | $0.00 |
| Less: Bank Transfers | 3,747.34 | 0.00 | |
| **Subtotal** | 0.00 | 3,747.34 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$3,747.34** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ********84** | 3,977.34 | 100.00 | 0.00 |
| **Checking # ********33** | 0.00 | 3,877.34 | 0.00 |
| **Checking # ********18** | 3,787.34 | 40.00 | 0.00 |
| **Checking # ****988966** | 0.00 | 3,747.34 | 0.00 |
| | $7,764.68 | $7,764.68 | $0.00 |